IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | |
| | ) | No. 12-bk-50829 |
| KENNETH GRAY MOFFITT, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KENNETH GRAY MOFFITT, | ) | |
| | ) | No. 12-ap-05029 |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | Judge Fulton |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The defendant, the United States of America, moves for summary judgment in its favor pursuant to FED. R. BANKR. P. 7056 and FED. R. CIV. P. 56.  The grounds for this motion, as more fully set forth in the attached memorandum of law, are that no genuine issues of material fact remain for trial, and that the United States is entitled to judgment as a matter of law because the plaintiff's 2003 federal income tax liabilities are excepted from discharge under 11 U.S.C. § 523(a)(1)(B)(i).

This motion is based on the statement of facts and exhibits, filed on April 22, 2013.  (*See* Dkt. ## 8, 9.)  The United States has submitted a proposed order granting the requested relief.

Dated: April 30, 2013               KATHRYN KENEALLY
                                Assistant Attorney General, Tax Division

                                OF COUNSEL:
                                DAVID J. HALE
                                United States Attorney

                                <u>/s/ Andrew C. Strelka</u>
                                ANDREW C. STRELKA
                                CT Bar #: 429501
                                NY Bar #: 4821633
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Post Office Box 227
                                Washington, DC 20044
                                Telephone: (202) 616-8994/Fax: (202) 514-6866
                                Email: andrew.c.strelka@usdoj.gov
                                *Counsel for the Defendant*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing MOTION FOR SUMMARY JUDGMENT was filed with the clerk of the court on April 30, 2013, using the CM/ECF system which will send notification of such filing to parties appearing in said system, including the following:

*Plaintiff's Counsel:*
Marcus H. Herbert
P. O. Box 2693
Paducah, KY 42002-2693
270-443-0303
Fax : 270-443-6345
Email: herbertlaw@vci.net


/s/ Andrew C. Strelka
ANDREW C. STRELKA