UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENNETH GRAY MOFFITT | ) | Chapter 7 |
|     Debtor | ) | Case No. 12-50829 |
| _____ | ) | |
| KENNETH GRAY MOFFITT | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary No. 12-05029 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|     Defendant | ) | |
| _____ | ) | |

## **MOTION TO ENTER RESULTING ORDER**

Now comes the Plaintiff/Debtor, by counsel, and for his Motion to Enter Resulting Order states:

The Court ruled on the above-styled Adversary Proceeding, but only on the disputed matter. The resulting order tendered by the undersigned covers all of the matters raised by the Adversary Proceeding including those on which both sides agree as well as the disputed matter on which the Court ruled.

WHEREFORE the Plaintiff/Debtor prays that this Honorable Court enter the resulting order tendered by the Plaintiff.

Dated this, the 20th day of July 2013.

Respectfully submitted,

BY:   /s/Marcus H. Herbert  
Marcus H. Herbert  
KY Bar # 87617  
416 South 5th Street  
PO Box 2693  
Paducah, KY 42002-2693  
(270) 443-0303

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed with the U.S. Bankruptcy Court, Western District of Kentucky, and that a copy has been served upon the following on this, the 20th day of July 2013:

By electronic mailing: Deborah Simon, Trustee

By U.S. Mail:

Andrew Strelka  
Trial Attorney, Tax Division  
US Dept of Justice  
PO Box 227  
Washington, DC 20044

/s/Marcus H. Herbert  
Marcus H. Herbert