UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 12-50829-thf |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | ADVERSARY PROCEEDING |
| | ) | CASE NO. 13-5029 |
| KENNETH GRAY MOFFITT | ) | |
| DEBTOR | ) | |

MOTION TO EXTEND TIME TO FILE OBJECTION

Now comes Paula Bartlett, a party in interest in this matter, who moves this Honorable Court to allow this Motion to Extend the Time to File Objection to Plaintiff's Determination of Dischargeability of IRS Tax Debt Obligations for Tax Years 2002, 2004, and 2005.

As reasons therefor, Petitioner states the following:

1. On December 7, 2012, Petitioner moved from 318 Rindge Avenue, Unit 212, Cambridge, Massachusetts.

2. Since mid-December, 2012, Petitioner's mailing address has been Charles Street Station, P.O. Box 140376, Boston, Massachusetts 02114.

3. On July 24, 2013, this Honorable Court issued a Notice For Objections, for which objections were due by August 14, 2013.

4. Said Notice was mailed to my previous address in Cambridge.

5. As a result of the change in address and the time it took to forward the Notice, Petitioner did not receive the Notice until August 15, 2013, the day after the date on which objections were due.

WHEREFORE, the Petitioner hereby respectfully moves that this Court allow this Motion to Extend the Time to File Objection to Plaintiff's Determination of Dischargeability of IRS Tax Debt Obligations for Tax Years 2002, 2004, and 2005 until September 6, 2013.

Petitioner:

*Paula Bartlett*
Paula Bartlett

Dated: August 21, 2013