UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**KENNETH GRAY MOFFITT**

    Debtor(s)                                          CASE NO. **12-50829 (2)**

**KENNETH GRAY MOFFITT**            CHAPTER 7

    Plaintiff(s)                                        AP NO. **12-5029**

vs.

**UNITED STATES OF AMERICA,
UNITED STATES DEPARTMENT OF THE
TREASURY**

    Defendant (s)

## ORDER

THIS MATTER having come before the Court on September 17, 2013, for hearing on the Motion to Extend Time to File Objection filed by Paula Bartlett. The Court having considered statements of Marcus H. Herbert, counsel for the Plaintiff, and Paul Bartlett having failed to appear, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Extend Time to File Objection filed by Paula Bartlett be, and hereby is, **DENIED**.

amg

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated: September 20, 2013