UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: )<br>)<br>KENNETH GRAY MOFFITT )<br>    Debtor )<br>_____)<br>KENNETH GRAY MOFFITT )<br>    Plaintiff )<br>)<br>vs. )<br>)<br>UNITED STATES OF )<br>AMERICA )<br>    Defendant )<br>_____) | Chapter 7<br>Case No. 12-50829<br><br><br><br><br>Adversary No. 12-05029 |

## AGREED ORDER

This matter is before the Court on Debtor Kenneth Moffitt's Adversary Proceeding seeking a determination of dischargeability of income tax debt obligations to the Internal Revenue Service for tax years 2002, 2003, 2004, and 2005. On June 28, 2013, the Court entered an order granting summary judgment for the United States of America as to the income tax debt for 2003. That debt is nondischargeable. See Document number 19. The Court's ruling did not explicitly address the other income tax debts raised in the Plaintiff's complaint. There is no dispute between the parties as to those income tax debts, as the parties agree they are dischargeable.

IT IS THEREFORE ORDERED that the Plaintiff's income tax obligation to the Internal Revenue Service/United States of America for tax years 2002, 2004, and 2005 are dischargeable

debts that have been discharged by the Order of Discharge entered in the underlying bankruptcy case.

Reviewed and agreed to by:

_____
Marcus H. Herbert
Attorney for Kenneth G Moffitt
KY Bar # 87617
416 South 5th Street
PO Box 2693
Paducah, KY 42002-2693
(270) 443-0303

Reviewed and agreed to by:

_____
Andrew C Strelka
Attorney for United States of America, Department of the Treasury
Trial Attorney, Tax Division
US Dept of Justice
PO Box 227
Washington, DC 20044

*This Order Tendered by:*

*Marcus H. Herbert*
*KY Bar # 87617*
*416 South 5th Street*
*PO Box 2693*
*Paducah, KY 42002-2693*
*(270) 443-0303*